**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM EUGENE MARTIN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>RICHARD IVES, Warden,<br><br>　　　　　Respondent. | NO. ED CV 14-421-FMO (AS)<br><br><br><br>**JUDGMENT** |

　　Pursuant to the "Order Denying And Dismissing Petition For Lack Of Jurisdiction," IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

　　DATED: April 11, 2014.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE